| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CHABOT, HERBERT L. | 2. Court or Organization<br><br>UNITED STATES TAX COURT | 3. Date of Report<br><br>04/19/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>JUDGE, SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>400 SECOND STREET, N.W.<br>WASHINGTON, D. C. 20217 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Montgomery Co. Pub. Sch.--subst. Teacher--sal. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 04/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ares Capital stock | B | Dividend | K | T | | | | | |
| 2. Time Warner stock | A | Dividend | K | T | | | | | |
| 3. BankAmerica stock | A | Dividend | K | T | Sold (part) | 11/28/11 | J | | |
| 4. Verizon stock | A | Dividend | J | T | | | | | |
| 5. J.P. Morgan Chase stock | A | Dividend | K | T | | | | | |
| 6. Constellation Energy stock | A | Dividend | K | T | | | | | |
| 7. Consumers Energy pfd stock | A | Dividend | J | T | | | | | |
| 8. Diebold stock | B | Dividend | K | T | | | | | |
| 9. Federal Realty Invest. Tr. stock | D | Dividend | N | T | | | | | |
| 10. Macy's stock | A | Dividend | L | T | | | | | |
| 11. Ford stock | | None | J | T | | | | | |
| 12. Hewlett-Packard stock | A | Dividend | K | T | | | | | |
| 13. Johnson & Johnson stock | D | Dividend | M | T | | | | | |
| 14. Mid-America Apts REIT stock | B | Dividend | L | T | | | | | |
| 15. NL Industries stock | A | Dividend | J | T | | | | | |
| 16. Ventas stock | B | Dividend | L | T | | | | | |
| 17. Nestle ADSs | D | Dividend | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sprint-Nextel stock | | None | J | T | | | | | |
| 19. Occidental Petroleum stock | B | Dividend | L | T | | | | | |
| 20. AT&T stock | B | Dividend | K | T | | | | | |
| 21. Sara Lee stock | A | Dividend | K | T | | | | | |
| 22. DWS Global High Inc. Fd. stock | B | Dividend | | | Sold | 06/08/11 | K | C | |
| 23. Templeton Dragon Fd Stock | D | Dividend | L | T | | | | | |
| 24. General Mills stock | C | Dividend | L | T | | | | | |
| 25. Travelers stock | B | Dividend | L | T | | | | | |
| 26. IvescoVan Kampen Tax-Exempt Muni. Fd. -------C stock | D | Interest | M | T | | | | | |
| 27. Marsh & McLennan stock | A | Dividend | K | T | | | | | |
| 28. McGraw Hill stock | B | Dividend | L | T | | | | | |
| 29. Paychex stock | B | Dividend | K | T | | | | | |
| 30. General Electric stock | A | Dividend | K | T | | | | | |
| 31. Mosaic stock | A | Dividend | J | T | | | | | |
| 32. ConocoPhillips stock | D | Dividend | M | T | | | | | |
| 33. National Muni--Blackrock--CL Fund stock | C | Interest | L | T | | | | | |
| 34. Franklin-Templeton Templeton-A Foreign Fund stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital One, N.A. | C | Interest | M | T | | | | | |
| 36. SunTrust Bank | A | Interest | M | T | | | | | |
| 37. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 38. Rollover IRA (UBS) | | | | | | | | | |
| 39. UBS Bank USA Deposit Acct. | A | Interest | J | T | | | | | |
| 40. Carnival stock | A | Dividend | K | T | | | | | |
| 41. Templeton Foreign Fund stock | B | Dividend | L | T | Sold (part) | 12/01/11 | J | | |
| 42. Bank America stock | A | Dividend | J | T | | | | | |
| 43. Other IRAs | | | | | | | | | |
| 44. Capital One, N.A. Lincoln Financial Group | C | Interest | L | T | | | | | |
| 45. Amphenol class A stock | A | Dividend | L | T | | | | | |
| 46. Intel stock | A | Dividend | J | T | | | | | |
| 47. IBM stock | A | Dividend | L | T | | | | | |
| 48. Southwest Airlines stock | A | Dividend | K | T | | | | | |
| 49. Comcast-A stock | A | Dividend | J | T | | | | | |
| 50. Other IRAs /Capital One, N.A. | | | | | | | | | |
| 51. American Funds--Capital Income Builder--Class B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Automatic Data Processing stock | A | Dividend | K | T | | | | | |
| 53. Centurytlink stock | B | Dividend | K | T | Distributed | 04/01/11 | K | | |
| 54. HanesBrands stock | | None | J | T | | | | | |
| 55. Tim Horton's stock | B | Dividend | L | T | | | | | |
| 56. Broadridge Financial stock | A | Dividend | J | T | | | | | |
| 57. Rollover IRA (UBS)---Ventas stock | B | Dividend | K | T | | | | | |
| 58. Carnival stock | A | Dividend | K | T | | | | | |
| 59. Time-Warner Cable stock | A | Dividend | J | T | | | | | |
| 60. U.S. Bancorp pfd B stock | B | Dividend | K | T | | | | | |
| 61. McKesson stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII of Report: AOL stock fell below the thresholds: it did not pay dividends and its value was less than $1,000.

Closed BankAmerica accounts (but did not sell BankAmerica stock) and transferred them to Wachovia Bank.

Wachovia Bank (line 37) was acquired by Wells Fargo Bank.

Nationwide Health Properties (lines 16 and 57) was merged into Ventas in August 2011.

Qwest Communications (which had been on line 34 of 2010 report) merged into Centurylink (line 53) on April 1, 2011, adding to the Centurylink stock already owned.

Blackrock Muni Ins Fund--Inst'l Class stock (line 33) changed its name to National Municipal--Blackrock CL stock on April 1, 2011.

Ivesco (line 26) acquired Van Kampen Tax-Exempt Muni Fund C stock in July 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HERBERT L. CHABOT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544